EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

R. MICHAEL BURKE  1902
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: Mike.Burke@usdoj.gov

Attorneys for Defendant
DONALD L. EVANS

              IN THE UNITED STATES DISTRICT COURT

                  FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| RUTH ANN BECHTEL, | ) | CV NO. 04-00345 (ACK/KSC) |
| | ) | |
| Plaintiff, | ) | STIPULATION OF DISMISSAL WITH |
| | ) | PREJUDICE; ORDER |
| vs. | ) | |
| | ) | |
| DONALD L. EVANS, Secretary, | ) | |
| Department of Commerce Agency, | ) | |
| and all named Defendants EEOC | ) | |
| Office of Federal Operations, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

              STIPULATION OF DISMISSAL WITH PREJUDICE


        It is hereby stipulated by and between the parties

above-named, by and through their respective counsel undersigned,

pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure,

that the above entitled action as to Defendants Donald L. Evans,

Secretary, Department of Commerce Agency, and all named

Defendants EEOC Office of Federal Operations be dismissed with

prejudice, each party to bear its own costs.  There are no remaining claims or parties.

/s/ Ruth Ann Bechtel

_____
RUTH ANN BECHTEL
Plaintiff Pro Se


EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


/s/ R. Michael Burke

_____
R. MICHAEL BURKE
Assistant U.S. Attorney

Attorneys for Defendant
UNITED STATES OF AMERICA


APPROVED AND SO ORDERED.


DATED: Honolulu, Hawaii, February 28, 20006.



_____
Alan C. Kay
Sr. United States District Judge



Ruth Ann Bechtel v. Evans, CV No. 04-00345 (ACK/KSC):
"Stipulation of Dismissal with Prejudice"